```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
   UNITED STATES OF AMERICA,                                 :
                                                             :
                                                             :
              -v-                                            :
                                                             :   1:20-cr-492-GHW
                                                             :
   AVERY WHEELER,                                            :   ORDER
                                                             :
                                        Defendant.           :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

   The Government is directed to file a response to Defendant's motion to request termination of supervised release, Dkt. No. 3, no later than October 7, 2022.

   SO ORDERED.

Dated: September 16, 2022
       New York, New York                     _____
                                                    GREGORY H. WOODS
                                                 United States District Judge